# EXHIBIT A

**EXHIBIT A**





# COLLECTIVE BARGAINING AGREEMENT

## Between

## Centerra, a Constellis Company

## And

## S.D.M. of America

## At the United States Department of Justice, Washington DC

## December 1, 2019 to September 30, 2020

## TABLE OF CONTENTS

Preamble ..................................................................................................................... 1

**Article 1: Recognition** ............................................................................................. 2

**Article 2: Management Rights** ................................................................................ 4

**Article 3: Access, Union Representation, & Communication** ................................ 5

**Article 4: Work Rules** .............................................................................................. 7

**Article 5: Discipline & Dismissal** ........................................................................... 8

**Article 6: Grievance & Arbitration** ...................................................................... 11

**Article 7: No Strikes/Lockouts** .............................................................................. 15

**Article 8: Hours of Work, Lunch, Sign-In/Out, Callback, & Overtime** ............... 16

**Article 9: Wages** ..................................................................................................... 20

**Article 10: Health & Welfare** ................................................................................ 21

**Article 11: Vacation** ............................................................................................... 25

**Article 12: Holidays** ............................................................................................... 27

**Article 13: Types of Leave** ..................................................................................... 29

**Article 14: Leaves of Absence** ............................................................................... 32

**Article 15: Physical Examinations** ....................................................................... 34

**Article 16: Union Security** ..................................................................................... 35

**Article 17: Leave for Union Business** ................................................................... 38

**Article 18: Transfer, Lay-off, & Recall** ................................................................ 39

**Article 19: Probationary Period** ........................................................................... 41

**Article 20: Seniority** ............................................................................................... 42

**Article 21: Post Assignment Opportunities** ......................................................... 44

**Article 22: Training** ............................................................................................... 46

**Article 23: Uniforms, Protective Clothing, Tools, & Equipment** ........................ 47

**Article 24: Personnel Records**........................................................................................ **48**

**Article 25: Obligations under Government Contracting** ......................................... **49**

**Article 26: Shop Stewards** ............................................................................................. **50**

**Article 27: Labor Management Committee**................................................................. **51**

**Article 28: Successors & Assigns** ................................................................................. **52**

**Article 29: General Provisions** ...................................................................................... **53**

**Article 30: Partial Invalidity** ......................................................................................... **54**

**Article 31: Entire Agreement & Amendments** ........................................................ **55**

**Article 32: Duration of Agreement** ............................................................................. **56**

**Signature Page**.................................................................................................................... **57**

**Appendix "A" Wages**......................................................................................................... **59**

## Preamble

This Agreement is made and entered into by and between Centerra, a Constellis Company hereinafter referred to as the "Employer" or "Company" and the S.D.M of America hereinafter referred to as "SDM" or the "Union." The Department of Justice hereinafter referred to as "Client" or "Government".

This Agreement covers all applicable Protective Service Officers represented by the Union and employed in support of task order DJJ12-F-2245 pursuant to which the Company provides security at the United States Department of Justice in Washington, DC.

The economic changes related to this Agreement are effective as of January 1, 2020. The non-economic changes are effective December 1, 2019.

# Article 1: Recognition

**Section 1:** The Employer recognizes the Union, as certified by the National Labor Relations Board on February 12, 2015, 05-RC-126522, as the sole and exclusive representative for the purposes of collective bargaining with respect to rates of pay, wages, hours and other conditions of employment for:

*All full-time and regular part-time Protective Service Officers assigned to the Department of Justice's contract in the National Capital Region; but excluding all office and/or clerical employee's, professional employees, temporarily assigned employees, managerial employees and supervisors as defined by the Act.*

**Section 2:** The term "employee" as used in this Agreement shall refer to employees of the Employer, who are classified as "full-time" (who regularly work 32 hours or more per week) and who are classified as regular "part-time" (part-time employees are expected to work a minimum of 16 hours per week, but not over 32 hours regularly) except those excluded employees listed in Section 1 of this Article.

**Section 3:** It is expressly understood that non-bargaining unit employees will not perform bargaining unit work if Protective Service Officers are available. The only exception to these are outlined below:

(a) Managers cannot be assigned to cover overtime positions or posts except in emergency situations as determined by the Employer, or when specifically directed by the Department of Justice, or in situations dictated by availability of personnel and amount of notice given for overtime. The Union retains the right to grieve the Employer's designation of "emergency situations".

(b) However, the exception in (a) above will not apply where it can be proven that the Employer fails to employ adequate staffing levels of regularly assigned security officers to cover work, and to cover work when employees take leave.

(c) Bargaining unit members may be used as bump-up Lieutenants and Sergeants when scheduled in emergency situations. In addition, it is understood that bargaining unit members will not be assigned to perform non-bargaining unit work until after the Employer has exhausted all efforts to utilize non-bargaining unit employees and supervisory personnel to perform bargaining unit work, including holding over Sergeants and

Lieutenants from the prior shift. As needed, if there are bargaining unit stand-by', there will be commensurate non-bargaining unit stand-by'.

(d) No bargaining unit member will be forced to obtain a JCON or Civil account, unless awarded a controller post.

During the time when bargaining unit employees are scheduled into non-bargaining unit positions, they will be paid at the wage rate(s) and provided the benefits of the greater between the wage rate(s) and benefits set forth in the Agreement and the wage rate(s) and benefits of the non-bargaining unit position.

**Section 4**:

(a) Discrimination – It is the policy of the Employer and the Union that the provisions of this Agreement be applied to all security officers covered by the Agreement without regard to race, color, religion, age, sex, national origin or disability.

(b) Whenever in this Agreement gender pronoun or the singular or plural form of a gender is used, it is understood that such references are meant to have equal application to all security officers covered by this Agreement, male or female.

(c) Each and every Employee has a right to be treated by the Employer with respect and dignity.

3

## Article 2: Management Rights

**Section 1:** The rights of management are limited only by the specific provisions set forth in this Agreement and applicable law(s) and regulations. By way of illustration, management rights include the right to:

    (a) Direct, train and supervise the work force;

    (b) Hire, promote, or discipline employees for cause;

    (c) Assign, reassign and to lay-off employees due to lack of work;

    (d) To remove employees from the Site at the Client's request. It is further understood by the parties that the Client has the right to remove an employee from the Site as specified in the contract;

    (e) Establish and to enforce rules, regulations and policies in order to ensure a productive work environment;

    (f) Determine staffing levels, schedules of work and work assignments including overtime;

    (g) Establish the standards of work performance for employees as well as to introduce new or improved methods or business practices.

**Section 2:** This statement of management rights shall remain unimpaired except where the Agreement has amended it. It is not intended to exclude others, which are not mentioned herein. In exercising these rights, it is understood and agreed that the Employer and Union will not violate any of the provisions of this Agreement.

## Article 3: Access, Union Representation, & Communication

**Section 1:** The Client and the Employer have the right to enforce access rules and regulations as promulgated by each facility.

**Section 2:** The Union Local President and/or their designee shall be permitted access at a mutually agreeable time upon prior notification to the Employer. This is subject to Government security restrictions in effect and for the sole purpose of considering matters covered by this Agreement.

**Section 3:** There shall be no Union business conducted during an employee's work time. This does not apply to Union Representatives who are conducting Employer/Union issues. It does allow the handling of Disciplinary Reports and when the Company needs to interview an employee for investigative reasons when a union representative is requested.

**Section 4:** The Union is responsible for providing written notification to Management as to the individuals officially designated to act as representatives of the Union within ten (10) business days of their appointment. An employee shall not be permitted to engage in Union duties until the Employer receives notification.

**Section 5:** Union representative(s) shall perform their assigned security duties and shall not leave their post or use Client/Employer equipment (e.g., phones, computers, fax machines, etc.) to conduct Union business.

**Section 6:** On a monthly basis as a minimum, or when a change occurs, the Employer shall provide the Union with an alphabetized list of all employees and other information not considered a violation of the Privacy Act at each DOJ facility upon request. This list will be provided in the form of one (1) hard copy and email file.

For the purposes of establishing a seniority list, copies of the alphabetized list will be available at all facilities covered by this agreement.

**Section 7:** If an employee, who is the subject of investigation or being interviewed during an investigation that could result in discipline, requests a steward to be present during the interview and/or disciplinary process, the Employer will allow the steward to be present.

**Section 8:**  The Employer shall provide the union with copies of all roll-call announcements, settlements, resolutions of issues, and notification of the scheduling of new-hire classes. The Employer shall provide the union with copies of all notifications of removal and evidence in support thereof of an employee by the Client (if expressly approved for release by the Client). If the Client will not approve release of a copy of a notification of removal or evidence in support thereof of an employee by the Client, the Union shall be permitted to view the notification of removal and evidence in support thereof of an employee by the Client.

# Article 4: Work Rules

**Section 1:** The Employer has the sole right to promulgate, supplement, alter, modify, amend, and rescind work rules, in accordance with applicable law(s) and regulation(s). For the purposes of this Article, work rules are defined as rules promulgated by the Employer, which regulate employees relative to and affecting their employment.

**Section 2:** The Employer agrees to notify the Union in writing, at least ten (10) business days prior to any change in policy or work rules affecting the terms and conditions of employment, in order for the Union to bargain such changes should it desire to do so. This applies to permanent or extended policy or rules and not immediate or temporary policy or rules issued by the Client required to handle imminent or emergency situations, so long as the Employer notifies the union of the temporary policy or rules and the imminent or emergency situation requiring the temporary policy or rules as soon as possible.

**Section 3**: Upon request, the Union will be provided a copy of all Employer and Government policies, etc. for which employees are held responsible.

**Section 4:** The Employer and its management personnel shall apply all policies and rotations to bargaining unit members on an equal basis.

**Section 5:** The Parties agree to meet as soon as possible to negotiate a Post Rotation Memorandum of Understanding.

## Article 5: Discipline & Dismissal

**Section 1:** After completion of the Employer's probationary period, no employee shall be dismissed or otherwise disciplined without just cause. If an employee is removed by the Client, or the employee's credentials are denied or withdrawn, the Employer may allow the employee to apply at another comparable available position if qualified and available. Additionally, the Employer agrees not to solicit the Client to remove an employee from the contract; however, nothing in this Section prevents the Employer from requesting the Client provide follow-up removal directions in writing, if the initial directive was verbal.

Should a non-probationary employee wish to contest a dismissal solely made by the Employer (i.e., not due to an action or request of the Client), a written notice thereof shall be given to the Employer within ten (10) business days of the dismissal (excluding Saturdays, Sundays and Holidays) in which event the issue shall thereafter be submitted to and determined under the Grievance Procedure commencing with Step 3.

**Section 2:** When an employee is ordered off the contract by the Client, the day the employee is relieved of his duties shall be counted toward any subsequent penalty that may be assessed upon completion of the investigation referenced in Section 3 of this Article.

**Section 3:** In the event that an employee is removed or prevented from working by the Employer or the Client, the employee will be compensated for any time period the employee would have otherwise been scheduled to work unless the employee is suspended or terminated. If an employee is suspended, the employee will be compensated for any time period the employee is prevented from working that the employee otherwise would have been scheduled to work in excess of the time of the suspension.

**Section 4:** Conduct deemed inappropriate by the Employer, and just cause for disciplinary action shall include, but is not limited to:

    (a) Violations of Employer's Progressive Disciplinary Policy;

    (b) Violation of DOJ general, special and any other orders or instructions;

    (c) Criminal misconduct; and/or

    (d) Other serious misconduct or inappropriate behavior.

The Employer recognizes that unsubstantiated or inappropriate allegations of misconduct have a negative effect on all employees, employer good will and on employer-employee relations in general. As such, unsubstantiated or inappropriate allegations of misconduct will not be tolerated. The employer recognizes that allegations of misconduct may have a serious impact on the employee, therefore a thorough and fair investigation, as appropriate, will be conducted in order to determine if disciplinary action is warranted. If disciplinary action is warranted, it will be consistent with the Employer's policy of progressive discipline.

**Section 5:** The Employer's approach includes adhering to a sound and corrective progressive disciplinary process. The Employer recognizes four levels of formal corrective actions, as follows:

    (a) Verbal Warning Documented for the Record

    (b) Written Warning

    (c) Suspension from Duty

    (d) Termination of Employment

The range of disciplinary options for a minor offense may start with an official counseling and can lead to suspension of duty. For serious offenses, the option may be immediate termination consistent with just cause. Repeated violations, regardless of their nature will not be tolerated. Once warned, employees are expected to improve their performance and/or behavior. Failure to do so may lead to further discipline up to and including termination. The Employer should consider relevant circumstances when determining whether to issue discipline and whether to mitigate a disciplinary penalty.

**Section 6:** The Employer agrees to allow a Union Steward to be present when an employee, who is the subject of the investigation or being interviewed during an investigation that could result in discipline, requests for a steward to be present during a disciplinary or investigatory interview and immediately directs the affected employee to the available Union Representative. Additionally:

    (a) Employees have a right to due process and they or their duly appointed representative have a right to see any and all statements including videos, photos and any other evidence being used by the Client (if provided to the Employer) or by the Employer to discipline or terminate an employee;

(b) The employee and Union shall be provided a copy of any document issued as a counseling letter, disciplinary action and/or written record pertaining to an employee.

Further, no reference to any action or investigation not present in the personnel file may be used in future investigations, corrective or disciplinary actions.

Failure to allow the right of due process shall permit any possible legal action allowed by law.

# Article 6: Grievance & Arbitration

**Grievances**

**Section 1:** For the purpose of this Agreement, a grievance shall mean an alleged violation, misinterpretation, or misapplication of any provision of this Agreement. The term "days" shall not include Saturday, Sunday, and holidays when used in this Article.

**Section 2:** The number of days provided for the presentation and processing of grievances in each step of this grievance procedure shall establish the maximum time allowed for the presentation and processing of a grievance. Any grievance shall be considered null and void if not filed and processed by the Union or the aggrieved employee in strict accordance with the time limitations of this Article.

The time limits specified may be extended by written mutual agreement.

The failure of an employee or the Union to proceed to the next step of the grievance procedure within the time limits specified shall be deemed and constitute a waiver of that grievance.

The failure of the Employer to answer a grievance within the time limits specified shall permit the grievant or the Union, whichever is applicable to a particular step, to proceed automatically to the next step of the grievance procedure.

No grievance may be filed or processed based on facts or events, which have occurred or have been made known more than ten (10) business days before the grievance is filed.

**Section 3:** All grievances shall be presented and processed in accordance with the following procedures with the exception of discipline involving suspension or termination, which shall begin at Step 2. The Union shall have the right to file a group grievance involving two (2) or more employees at Step 2 of the grievance procedure within ten (10) business days of the occurrence or having been made aware of the occurrence that serves as the basis for the grievance. The following steps comprise the grievance procedure:

**Step 1:**

Any employee having a complaint, or an employee designated by a group of employees having a complaint, shall discuss the complaint with the appropriate supervisor. A Union representative may accompany the employee if the employee so desires. The supervisor shall answer the complaint in writing or orally within ten (10) business days.

**Step 2:**

If the grievance is not resolved at Step 1, the grievance shall be reduced to writing and presented to the Project Manager within ten (10) business days from the date on which the supervisor's answer to the Step 1 complaint was received. The written grievance shall be signed by the grieving employee, unless it is a group grievance and the signature of the filing Steward shall be accepted and shall set forth the nature of the grievance, including an appropriate justification for redress and the adjustment sought. The employee, the Union representative and the Project Manager (or his/her designee) shall meet to discuss the grievance. The Project Manager (or his/her designee) shall give a written decision to the grievant within ten (10) business days after the receipt of the grievance.

**Step 3:**

If the grievance is not resolved at Step 2, the Union must refer the grievance to the Employer's applicable Director of Operations (or his/her designee) within ten (10) business days after the completion of Step 2. The Director of Operations (or his/her designee other than a person who heard the grievance at Step 1 or 2) will meet with the grievant and the Union representative to discuss the grievance. The Director of Operations (or his/her designee other than a person who heard the grievance at Step 1 or 2) shall give a written decision to the union representative within ten (10) business days after receipt of the grievance.

**Step 4:**

Except as limited below, any grievance not resolved at Step 3 may be submitted to arbitration by the Union by submitting a written request to the other party within ten (10) business days after receipt of the Step 3 response. Service of a request for arbitration upon the Employer must be made to the Corporate Director of Labor Relations.

Only the Union (i.e., no individual grievant) may move a grievance to Step 4.

**Arbitration**

**Section 4:** Following a timely written request for submission to arbitration, the moving party shall have the responsibility for obtaining a seven (7) panel list of potential Arbitrators. The panel list shall be chosen from the Federal Mediation and Conciliation Service (FMCS). Once received, the Employer and the Union shall meet and alternatively strike names from the panel until an Arbitrator has been selected. Either party shall have the one–time right to reject a panel. In the event a panel is rejected, the party rejecting the panel shall have the responsibility for obtaining a new panel. Furthermore:

(a) At the time of the arbitration hearing, both parties shall have the right to examine and cross-examine witnesses, present documents into evidence and a written record of the proceedings shall be made upon the request of either or both parties.

(b) Neither party may assert a contractual claim or basis in support of its position which was not presented during an earlier step of the Grievance Procedure.

(c) The arbitrator's fee and expenses, including the cost of any hearing room shall be borne solely by the losing party. The Employer, or Union, shall not pay the expenses and compensation of any witness or other participant. Any other expenses shall be borne by the party incurring such expenses. The party moving the matter to arbitration shall have the responsibility of proposing a neutral location for the matter to be heard. Once agreement is reached on the location, the same party shall have the responsibility for making the necessary reservation(s).

(d) The arbitrator shall have no power to: add to, subtract from, alter or in any way modify the terms of this Agreement; establish or modify any wage rate; construe this Agreement to limit Employer's discretion except only as that discretion may be specifically limited by the express terms of this Agreement; substitute his/her judgment for that of the Client regarding a determination or request of the Department of Justice, the contracting officer or other official of the Client. In the event that the arbitrator determines that the Client did not have just cause to remove an employee, the Union has the right to argue to the arbitrator that the Employer shall make the employee whole.

(e) The arbitrator shall render a decision within 60 days following the hearing. Decisions of the arbitrator, subject to the limitations set forth in this Agreement, shall be final and binding on the Union, its members, the employee or employees involved and on the Employer. Any award of backpay compensation shall be offset by all earned income

13

received during the applicable period from comparable employment. Any award of reinstatement shall be subject to the Client permitting the employee to return to     work. In the event that the Client will not allow a reinstated employee back to work at the Client's job location, the Employer will place that employee in a comparable position with the Employer.

## Article 7: No Strikes/Lockouts

**Section 1:** So long as this Agreement is in effect, the Union will not cause, nor permit its members to cause, nor will any member of the Union take part in any strike, including a sympathy strike, slowdown, stoppage of work, planned inefficiency or any other curtailment of work or restriction or interference with the Employer's or Government's operations for any reason whatsoever. Nor will the Union authorize or sanction the same. Upon hearing of any unauthorized strike, slowdown, stoppage of work, planned inefficiency or any other curtailment of work or restriction or interference with the operation of the Employer and/or the Government as set forth above, the Union shall take the necessary steps to avert or bring such activity to a prompt termination.

**Section 2:** Any employee who violates the proscriptions of this Article will be subject to disciplinary action, to include termination. Furthermore, it is agreed and understood that in addition to other remedies, the provisions of this Article may be judicially enforced including specific performance by way of injunctive relief.

**Section 3:** During the life of this Agreement, the Employer shall not lockout any employees covered hereunder.

## Article 8: Hours of Work, Lunch, Sign-In/Out, Callback, & Overtime

**Section 1:** The workweek begins on Monday at 0001 hours and ends on the following Sunday at 2400 hours. A regular workweek for full-time employees, excluding lunch periods, shall be thirty-two (32) hours or more. All hours worked consecutively will be credited to the day in which the shift started. Nothing contained herein shall guarantee to any employee any number of hours of work per day or week. The regular workday includes guard mount.

**Section 2:** In the event of an unexpected closure of the federal government due to severe weather or other regional events upon notification by the Client to assume weekend staffing, only employees filling twenty-four hour posts need to report. The ten (10) least senior employees scheduled on a day on non-24-hour posts that would not normally open in the event of a Government closure shall report for possible posting for any open posts and, if not posted, will receive four (4) hours of stand-by pay and released from work.

The Employer will additionally pay an employee released from work as a result of a Government closure the hours of the original scheduled post less any stand-by pay paid unless the Client requires the Employer to reduce the number of hours worked on its invoice.

Additionally, if an employee calls off or does not report for duty as scheduled he/she will not be paid for lost hours. An employee directed by management not to report will be paid for lost hours as scheduled, unless the Client requires the Employer to reduce the number of hours worked on its invoice. However employees unable to report shall be allowed to use unscheduled PTO or vacation hours and it will not count towards call-offs or missing work time scheduled.

**Section 3:** Full-time employees shall receive an unpaid and uninterrupted lunch period of thirty (30) minutes. Employees who meet either of the following conditions will be compensated .5 hours for lunch:

(a) Employee's designated by the Department of Justice as "rovers," "patrol", "roving patrol," or "self-relieving."

(b) Employees who are not completely relieved of their duties during the lunch break. This does not include employees who have to remain in full uniform during the break. It only

applies to those employees who have operational duties during the lunch break as assigned by the Employer.

Employees cannot opt out of lunch breaks if staffing levels afford proper relief. Paid relief breaks (fifteen (15) minutes for each four (4) hrs. of scheduled work) will be given when operationally feasible. Employees will be compensated for all missed breaks (.25 hrs. for relief breaks and .5 hrs. for meal breaks). Shifts shall be scheduled at the discretion of the Employer to fulfill the needs of the Client.

When operationally feasible, Employees can combine break periods but not to exceed a 45 minute lunch period.

Part-time employees are expected to work at least sixteen (16) hours but not to exceed 32 hours per week. Part-time employees shall be scheduled at the Employer's discretion for purposes of, but not limited to, cover weekends, holidays, vacations, military leaves of absence, and other instances. Abusers of this policy may be subjected to disciplinary action, up to and including termination of employment.

**Section 4:** An overtime rate of one and one-half (1½) of an employee's base pay (exclusive of health and welfare and other fringe additions to pay) shall be paid for all hours worked in excess of forty (40) hours in a work week. Actual time worked for the purpose of computing overtime does not include hours in non-work status (such as vacation, holiday, or paid leave of absence).

**Section 5:** Overtime pay shall not be pyramided, compounded, or paid twice for the same hours worked.

**Section 6**: An Officer on a post shall stay on that post until relieved. After two times during any work week that an Officer is not relieved from his post, the post shall be filled based on seniority on a voluntary basis and then on rotating reverse seniority on a mandatory basis using one seniority roster.  It shall be the responsibility of the affected employee to notify the on-duty Supervisor when the third occurrence happens in the same work week.

**Section 7:** Forecasted overtime will be distributed as equitably as possible based on seniority and then on reverse seniority using one overtime seniority roster. For un-forecasted overtime, the first right of refusal to un-forecasted overtime is based on seniority. Then, un-forecasted overtime will be scheduled based on reverse seniority.

**Section 8:** The Employer shall determine hours of work for part-time employees. Failure to be available to accept assignments when not excused by a supervisor for reasonable and good cause shall be grounds for discipline up to and including termination of employment.

**Section 9:** The Employer will provide the Union with at least thirty (30) days prior notice if employees will be required to use an electronic sign in/out attendance system for timekeeping purposes.

**Section 10:** The Employer requires a gear up and a gear down period prior to and after any work shift; the time spent in such activities shall be considered as time worked. Gear up time, usually referred to as "roll call" or "guard mount", may not exceed twenty (20) minutes. Gear down time may not exceed ten (10) minutes after being relieved from post. All guard mount time will be counted towards calculations of overtime.

**Section 11:** The Employer may reschedule an employee's meal/break period during the workday when operational needs preclude relieving the employee of work related duties, provided that any rescheduled meal period shall not be within the first or last hour of shift when operationally feasible. When an employee is not relieved for a meal/break, or is relieved by an employee prescribed in Section 3(a) of this Article, that time shall be paid. A meal break shall not be scheduled within the first four (4) hours of a shift. No breaks shall be scheduled in the first or last hour of a shift.

**Section 12:** Callback applies to an employee who is called back to a Client facility or designated work site after completing a shift. An employee called back to the facility/work site to work additional hours, shall be paid for the time actually worked upon return to the facility/work site, or a minimum of four (4) hours, whichever is greater. Callback time, when actually worked, is considered time worked for the purpose of calculating hours of overtime.

**Section 13:** Officers who are released upon arrival due to over-staffing, to include stand-by officers, will receive four (4) hours straight time pay. Officers assigned a Temporary Additional Services ("TAS") post will work the assigned hours for that TAS post and receive a minimum of four (4) hours of the appropriate rate and will not be assigned to any other duties after the assigned hours for that TAS post are completed unless agreed to by the employee. The TAS Officer can be assigned a post or relief up to the amount of the originally scheduled TAS hours. If no posts or relief are open, then the Officer will be permitted to go home.

TAS hours will not be scheduled in lieu of regularly scheduled hours.

**Section 14:** All employees will provide the Employer with a viable working phone number and address that may be assessable to the Employer for any work-related purpose. Upon written request, the Company will provide the Union with this information in a usable computer friendly format i.e., Excel, PDF.

**Section 15:** Except for a bona-fide emergency, the Employer shall not call employees during their off-hours communicating or seeking information that can be communicated to or obtained from employees during working hours.

**Section 16:** Whenever adequate staffing of bargaining unit positions to fulfill the Client's contract exists, the Employer will apply the Squad scheduling of four days on, four days off or the typical Monday - Friday scheduling, whichever is applicable, when scheduling employees.

**Section 17:** The Employer will monitor weather condition forecasts for when they are projected to meet the conditions for extreme weather under the Client's extreme weather policy and notify the Client once those conditions are forecasted.

**Section 18:** All Employees assigned to work relief hours will work their assigned hours and provide breaks throughout their assigned hours as required and needed.

**Section 19:** The parties agree, as soon as possible, to negotiate a Memorandum of Understanding addressing a process for Officers to call-in to work on a voluntary basis.

## Article 9: Wages

**Section 1:** The hourly rate for all work or duties (i.e., range time, physicals, deputation and any other related duties) is set forth in Appendix A of this Agreement**.** Employees shall be paid every two (2) weeks on Friday, prior to close of business, twenty-six (26) times per calendar year. Employees shall be paid by direct deposit. Any increases in wages will be made with the first pay period following the effective date of the increase. Employees will be made whole back to the effective date of the increase.

**Section 2:** Any pay errors identified that are not the fault of the Employee, involving eight (8) or more hours of pay, will be paid within five (5) business days from when the Employee submits the discrepancy to the Contract Manager in writing. The discrepancy must be submitted using a company supplied pay discrepancy form along with supporting documentation. All other discrepancies will be corrected with the following pay period after the error has been submitted in writing.

# Article 10: Health & Welfare

**Section 1:** The Employer shall contribute all Health & Welfare ("H&W") monies to the Employer's Health and Welfare Benefit Program ("HWBP") on behalf of each employee covered by this agreement consistent with the H&W amounts and dates set forth in this document. H&W contributions shall be made on all hours paid, not to exceed 40 hours in any week, or 2080 hours in any year. There shall be no cash-in-lieu option. The following rates shall be in effect:

| Current | January 1, 2020 |
| --- | --- |
| $5.40 | $5.50 |

Any increases in H&W will be made with the first pay period following the effective date of the increase. Employees will be made whole back to the effective date of the increase.

**Section 2:** All employees covered by this Agreement are required to participate in the HWBP in accordance with the provisions of this Article. H&W amounts earned by each employee will be placed in a HWBP account under their name and shall be immediately 100% vested in the employee. All employees will be enrolled into and participate in the HWBP. The Union agrees that the Employer may use all needed employee information available to the Employer in the normal course of business to set up these accounts.

**Section 3:** It is agreed that the Union may propose alternative Union sponsored health and benefit plans and/or 401(k) plan to the Employer no less than 60 days prior to the commencement of the annual open enrollment period. In the event it is agreed to allow employees to move to the Union's plan(s), the entire workforce must participate. There may only be one plan chosen each year.

**Section 4:** Full-time employees are eligible for all components of the HWBP. Full-time employees with coverage through another group health plan that qualifies as a waiver under the HWBP and meets ACA minimum value standards may elect to waive the group major medical component of the HWBP with proof of said coverage and completion of a waiver form. Full-time employees that meet the aforementioned waiver criteria may direct their H&W allocation to other components of the HWBP. Full-time employees that are eligible for the group medical plan and do not make an alternate election nor provide proof of valid other coverage during open enrollment will be auto-enrolled in the "designated default medical plan." There is no cash-in-lieu option.

Part-time employees' H&W will be contributed to the retirement plan 401(k) component of HWBP and they are not eligible for the other components of HWBP. There is no cash-in-lieu option.

In the event that the premium rate(s) required by the elected coverages of an employee are greater than the H&W allowance provided for in section 1 above, the Employer agrees to deduct from an employee's wages the amounts necessary to meet the premium requirement(s).

Any balance of the H&W allowance remaining after the premiums for elected benefits have been deducted will be deposited into the Employer 401(k) Plan.

**Section 5:** The HWBP will comply with all applicable laws. The HWBP will offer various benefits to full-time employees as outlined below which shall be selected by each individual participant as they see fit; all full-time employees are encouraged to actively monitor and revise their benefits' selections as they individually deem appropriate and will be afforded the opportunity to do so during open enrollment and/or when the employee experiences a qualified life event change. The Plan shall contain, at a minimum, the following features, available for selection by all full-time employees:

1. Major medical plan that meets the minimum value requirements of the Affordable Care Act.
2. Voluntary and/or Supplemental dental plan.
3. Voluntary and/or Supplemental vision plan.
4. Voluntary life insurance.
5. Voluntary long-term disability plan.
6. Voluntary short-term disability plan.
7. 401(k) plan with multiple investment options.
8. Voluntary Health Savings Account.

All coverages offered by the Plan will be administered by the Employer or a Third Party Administrator.

The Employer will offer Employees the opportunity to contribute into a Health Saving Account with no Employer match or contribution but with administrative fees paid for by the Employer.

Employees will be bound to the terms of the Plan.  Employee contributions into the Health Saving Account will be voluntary.

In the event any employee does not fully allocate or direct all the funds in his HWBP account, any remaining funds will be contributed by the Company, on a non-elective basis and without any choice or direction on the employee's part, to an account in the employee's name in a retirement plan established by the Company, which retirement plan is intended to comply with Section 401 of the Internal Revenue Code. The retirement plan will permit employees to make elections as to the investment of funds and will contain a default election as selected by the trustee. The retirement plan will permit employees the opportunity to make two (2) withdrawals during any single plan year for a fee. Employees under the age of 59½ may be subject to IRS rules regarding hardship withdrawals.

**Section 6:** The Company will:

1. Ensure all employees are automatically enrolled in the HWBP within three (3) pay periods from their date of hire.
2. Ensure all H&W earned by the employee is sent to the HWBP within 14 days of the end of the pay period for which the money is earned.
3. Ensure each full-time employee receives the information to facilitate the allocation of their H&W monies as they choose once a year during annual open enrollment.

The Union agrees to the following:

1. The Company may use all needed employee information available to the company in  the normal course of business to set up these accounts.
2. No employee covered by this agreement may refuse to participate in the Plan. Refusal to sign any documents will not prevent an employee's funds from being placed in the Plan.
3. If an employee fails to make an election, a non-elective contribution will be made by  the Company to the Retirement Account established under this plan.
4. The Union agrees that the Plan will continue for the term of the CBA, subject to Section 3 of this Article.

**Section 7:** Any employee who goes out on a leave of absence, except Military Leave of Absence, shall continue to make their premium payments during the period of the absence. Consistent with federal law, it is understood that in the event an employee fails to make their premium payments, the Employer shall cancel coverage(s). Insurance coverage(s) for those employees on Military Leave of Absence shall be governed by federal law.

**Section 8:** Employees will be covered for life insurance in accordance with the provision of the Plan. Life insurance premiums shall be paid by the Employees.  Life insurance benefits will be in the following amounts:

|  |  |
|---|---|
| Full-time Employees | $50,000 |
| Part-time Employees | $10,000 |

**401(k) Plan**

**Section 9:** The Employer will contribute up to 4% of the employee's hourly wage to the 401(k) Plan for all employees, for all compensable hours not to exceed forty (40) hours per week, or a maximum of 2080 hours per calendar year, provided the employee contributes at least 2% or up to 4% of his hourly wage to the plan as well.

Employees shall be allowed to make additional contributions, with no Employer match, up to the maximum limits as prescribed by law.

**Section 10:** All other terms and conditions are outlined in the Plan document and not subject to the provisions of Article 6 of this Agreement.

## Article 11: Vacation

**Section 1:** Employees who have continuously been employed by the Company, or by the predecessor(s) to the contract , shall be entitled to annual vacation. Vacation hours will accrue for all hours worked, training hours, and vacation taken, and shall be earned in a block grant for each completed year of service on the contract following each anniversary date in accordance with the following schedule:

| Completed Years of Service | Earned Hours | Not To Exceed |
|---|---|---|
| 1 | 0.0480769 | 80 hours |
| 3 | 0.0721153 | 120 hours |
| 10 | 0.0961538 | 160 hours |
| 15 | 0.1201923 | 200 hours |

**Section 2**: Length of service includes the entire span of continuous service as a Protective Service Officer with the present contractor or previous contractor of the Department of Justice contract.

**Section 3:** Seniority shall control eligibility for granting vacation periods when two or more employees have requested leave for the same time period and they submitted their leave requests on the same date.

**Section 4:** As schedules and operational needs permit, an employee shall be allowed to take any amount of paid vacation time available or due. Employer shall make reasonable efforts to accommodate an employee's request.

An Employee's regularly scheduled days off, including holidays, will not be scheduled on the calendar as vacation days.

**Section 5:** By mutual agreement between an employee and the supervisor, paid vacation may be taken in non-consecutive days.

**Section 6:** Should an employee suffer a death in the immediate family (as defined in Article 14) during a period of paid vacation, the employee shall be permitted to substitute bereavement leave for paid vacation.

**Section 7:** Employees are strongly encouraged to use vacation earned to permit the rest and recreation it provides. In addition, employees may be paid for vacation in lieu of taking it, the amount paid out shall be cashed out after the employee's anniversary date, within one (1) pay period of any amount over the allowed carry over per year. The fact that employee's vacation is earned in the previous twelve (12) months; upon leaving or termination a prorated percent (%) for each month worked in the previous months back to their anniversary date shall be paid. When an employee submits an application for vacation the application will be processed and returned to the employee within the next work cycle (4-7 days).

**Section 8:** The Employer will permit the maximum amount of personnel off at any one time for vacation that permits the Employer to sustain operation/requirements without the use of overtime, unless the need for overtime is a result of the Employer failing to adequately staff the contract. The Employer will recognize unit seniority for time conflicts when scheduling employees for vacation. The final allocation of vacation periods shall rest exclusively with the Employer in order to ensure orderly and efficient operations and meet Government contract requirements. The Employer will not deny vacation requests when the employee gives a minimum of ten (10) business days' notice, and when it is possible to meet operational commitments without incurring overtime.

The Parties will meet, as soon as possible, to negotiate a Memorandum of Understanding addressing the formula to be used for the number of personnel that can be off of work at any one time for a vacation or holiday.

**Section 9:** Employees may request vacation to be used January 1st through June 30th beginning October 1st of the previous year. Vacations to be used July 1st through December 31st beginning April 1st. Employees may request open dates as long as they are made ten (10) business days in advance. Employee vacation requests will be awarded based on the date received and then by seniority. A vacation leave calendar shall be posted each month in every building to allow employees vacation selection opportunities.

# Article 12: Holidays

**Section 1:** The Employer, under this Agreement shall observe the following days as holidays in compliance with federal law as to the actual day and date of observation:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King, Jr's Birthday | Columbus Day |
| Washington's Birthday | Veteran's Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |

In addition, the following will be observed:

(a) Inauguration Day (every fourth year in the Washington DC metro area) and after approval by the Contracting Officer;

(b) Death of a current or past President- Observance by Executive Order and after approval by the Contracting Officer; and

(c) Any day the President designates a paid Holiday for the employees of the Federal government and after approval of the Contracting Officer.

**Section 2:** A full-time employee who is not required to work on a holiday shall be paid eight (8) hours of holiday pay at his/her base hourly straight time rate, if the employee has been in paid status (e.g. paid leave or work status) in the week of the holiday, and if in work status worked his/her scheduled day of work both preceding and following the holiday unless reasonably excused.

**Section 3:** Any full-time employee who works as scheduled on a holiday shall receive their regular rate of pay and an additional eight (8) hours holiday pay at the straight time rate.

**Section 4:** An employee who is scheduled to work on a holiday and fails to report for such work without reasonable cause shall forfeit holiday pay. In order to receive pay for holiday, the employee must meet the requirements in Section 2.

**Section 5:** Any part-time employee who works as scheduled on a holiday shall receive their regular rate of pay and an additional eight (8) hours holiday pay at the straight time rate. Part-time employees who do not work on a holiday will not receive holiday pay.

Hours paid under this Article and not worked shall not be used in the computation of overtime.

## Article 13: Types of Leave

**Section 1: General Provisions**

Any employee who is unable to report to work shall notify the Employer at least two (2) hours prior to the beginning of his/her regular shift. The Employer may require proof of justification of absence. The use of Leave/PTO hours cannot be forced on employees who worked over 40 hours per work week.

**Section 2: Paid Time Off (PTO)**

Full-time employees shall earn not less than one (1) hour of PTO for every thirty-seven (37) hours worked not to exceed eighty-four (84) hours annually. An employee must request to use these accrued days in advance and must receive approval by their immediate supervisor. The use of PTO will be granted based upon Employer's operational needs. For extended (after three (3) or more consecutive days) absences the affected employee must have been seen by medical personnel and provide a receipt upon request. A medical certificate may be required in the event an injury (at or away from work) causes the absence. Accrued and unused PTO leave is for personal and sick leave.

Unused PTO leave may be paid out at the end of the calendar year (the Company will put out a roll-call announcement prior to December 31st) as follows: Fifty percent (50%) of unused PTO earned in that calendar year may be paid out to the employee and the remainder carried over at the end of each calendar year. PTO can be accumulated to a maximum of 240 hours. All PTO hours banked by each individual employee shall be paid out to them for any reason of separation, except involuntary termination of employment due to disciplinary reason(s).

Part-time employees receive PTO pro-rated based on the number of hours worked in the previous year. PTO days will be paid out based on your regularly scheduled straight time hours.

In the event that an employee or his or her immediate family member suffers an illness or injury, the Employer will allow employees to donate accrued vacation or PTO to that employee. Any hours donated will be paid at the rate by which the hours were initially earned.

**Section 3: Bereavement Leave**

Upon the death of an immediate family member, up to three (3) days of paid bereavement leave is provided, if the employee was otherwise scheduled to work, for the employee to make or assist in making funeral arrangements and to attend the funeral. "Immediate family members" includes spouse, cohabitating partner, child, parent, sibling, mother and father-in-law, brother and sister-in-law, grandparent or grandparent-in-law, grandchild, and step-parent. If additional time is needed, PTO or unpaid leave may be taken with the approval of the Contract Manager.

The Employer may require proof of funeral (copy of obituary or information given at funeral home/Church). The employee must provide his Supervisor with at least twenty-four (24) hours prior written notice whenever possible, of the need for bereavement leave in order to be paid this benefit. Bereavement days shall not be cumulative, nor shall they be payable if not used.

Part-time employees who have completed the probationary period are eligible for this benefit only if a regularly scheduled day of work is missed for this purpose.

If a death occurs among a member of the immediate family (as listed above) who resides more than three hundred (300) miles from the employees' residence, the employee shall be entitled to five (5) shifts paid leave for the appropriate hours scheduled at the employee's straight-time rate of pay, for the purpose of attending the funeral.

Unpaid leave shall be granted for attending the funeral of special people not listed or covered above.

Hours paid under this section are not considered as hours worked and shall not be used in the computation of overtime.

## Section 4: Jury Duty

All employees shall be entitled to receive up to three (3) shifts of paid leave at the appropriate hours scheduled per Government contract year for purposes of serving required jury duty. In order to receive payment, the employee must have been scheduled to work and must provide a copy of the applicable notice for jury duty service seven (7) days before the commencement of jury service and show proof that the employee actually reported and was chosen to serve or was dismissed from

serving. Employer will make a good faith effort to compensate employees on their next paycheck. All time lost will be recoverable up to three shifts.

Hours paid under this section are not considered as hours worked and shall not be used in the computation of overtime.

## Section 5: Administrative or Legal Proceedings

When an employee is attending administrative or legal proceedings as directed by the Employer, but not by the Union, or is subpoenaed by the Employer to appear as a witness in an administrative or legal proceeding, the employee shall be granted time-off without loss of straight time pay. An employee subpoenaed by a State, Federal or a political subdivision thereof when the State, Federal or political subdivision is prosecuting a person for an offense which the employee witnessed, by virtue of being on Employer or client premises or work-related areas during scheduled work hours, shall be granted time off without loss of straight time pay for actual time spent in the proceedings. Employee shall be paid only after a determination that attendance is job related. If attendance at such proceedings is out of the Metropolitan area, the employees shall be paid travel expenses in accordance with the Employer's travel policy.

## Section 6:  Voting (unpaid)

The Employer and the Union encourage employees to fulfill their civic responsibilities by voting in elections. Employees are encouraged to vote early when/where possible. Employees who choose to vote are required to notify their supervisor of any schedule conflict. Work schedules will be adjusted to accommodate employees' voting whenever possible. The Union understands that voting locations are generally open in excess of 12 hours on Election Day and that voting can take place prior to or after scheduled work.

# Article 14: Leaves of Absence

## Section 1: Personal Leave

Unpaid personal leaves of absences not to exceed thirty (30) calendar days may be granted at the sole discretion of the Employer without loss of seniority providing operational mission is not jeopardized. Employees must use all earned paid leave first before utilizing unpaid PTO leave.

## Section 2: Medical Leave

In accordance with Employer policy, an unpaid medical leave of absence will be granted for a total of 16 weeks to employees who are not eligible for leave in accordance with the Family and Medical Leave Act (FMLA) leave because they have not met the length of service and hours of work requirements. The employee must present medical certification from his/her healthcare provider and the certification must state the date on which the health condition commenced, the probable duration of the condition, the appropriate medical facts regarding the condition and that the employee cannot perform the functions of his/her job. If the leave is foreseeable, the medical certification should be provided before the leave begins. The employee must submit a fitness for full duty certification from his/her medical doctor before being returned to duty. The employee's health benefits will be continued under the same conditions that applied before leave commenced.

## Section 3: Military Leave

Military leave will be provided the employees in compliance with the Uniformed Service Employment and Reemployment Rights Act (USERRA) and any other applicable federal and state laws.

## Section 4: D.C. & Federal Family Medical Leave Act (DCFMLA) & (FMLA)

The D.C. Family Medical & Leave Act (DCFMLA) and federal Family Medical Leave Act (FMLA), are hereby incorporated by reference.

**Section 5:** Any request for a leave of absence shall be submitted in writing at least ten (10) business days prior to the date such leave shall take effect, except in case of emergency, and shall include:

(a) The reasons for such leave;

(b) The estimated date of return to work; and

(c)  The effective date of such leave.

The written request for a leave of absence shall be submitted through the management chain to the employee's Project Manager or his/her designee for review and disposition.

If the request for a leave of absence is approved, a copy of the approved leave of absence will be given to the employee involved.

Extensions of a personal leave of absence may be granted at the discretion of the Employer upon written request by the employee within ten (10) business days prior to the expiration of the leave. Extensions so granted shall not total more than thirty (30) calendar days.

**Section 6:** All leaves of absences shall be subject to the following general provisions:

(a) Seniority shall accumulate during the period of any approved leave of absence subject to the provisions of Article 20 of this Agreement.

(b) Any employee who receives a personal leave of absence for a definite period of time shall not be entitled to return to work until the expiration of such leave unless the Employer elects to waive this provision.

(c) Such personal leaves shall be without payroll compensation or benefits unless the employee is eligible for PTO time under the provisions of this Agreement, and then those benefits shall be the sole source of payment to the employees.

## Article 15: Physical Examinations

The Employer shall pay for all physical/medical examinations that are required as a new hire or if required by the Employer at Employer designated clinic(s) or physicians if provided, if not the Employer shall pay for tests required by those clinics. Physical/medical exams may be required by operation of the Government contract or should the Employer have concerns regarding an employee's fitness for duty. The Employer may designate the physician or clinic, at its discretion provided such lab or physician shall be board certified and follow the Department of Transportation standard on chain of custody. This time will be considered work hours and paid a minimum of two (2) hours pay, if completed off duty. If the examination exceeds two (2) hours, the employee shall be paid for all additional time spent for the examination.

The Employers Drug & Alcohol Policy is hereby incorporated by reference.

## Article 16: Union Security

**Section 1:** An employee who is not a member of the Union at the time this Agreement becomes effective shall as a condition of continued employment, become a member of the Union within ten (10) days after the thirtieth (30th) day following the effective date of this Agreement or within ten (10) days after the thirtieth (30th) day following employment, whichever is later. Also as a condition of continued employment, an employee shall remain a member of the Union, to the extent of paying an initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union, for the duration of this Agreement. Employees meet the requirement of being members of the Union, within the meaning of this Article, by tendering the periodic dues and initiation fees uniformly required as a condition of acquiring or retaining membership in the Union or, in the alternative, by tendering to the Union financial core fees and dues, as defined by the U.S. Supreme Court *NLRB v. General Motors Corporation*, 373 U.S. 734 (1963) and *Beck v. Communications Workers of America*, 487 U.S. 735 (1988).

In the event the Union requests the discharge of an employee for failure to comply with the provisions of this Article, it shall serve written notice on the Employer requesting that the employee be discharged effective no sooner than two (2) weeks after the date of that notice. The notice shall also contain the reasons for discharge. In the event the Union subsequently determines that the employee has remedied the default prior to the discharge date, the Union will notify the Employer and the employee, and the Employer will not be required to discharge that employee. Furthermore:

   (a) An employee shall not be required, as a condition of employment, to pay money to the Union, or to become a member of, or continue membership in, the Union, if he/she is employed in any state, in any location other than an enclave wherein exclusive federal jurisdiction applies, which prohibits or otherwise makes unlawful payment to a labor organization or membership in a labor organization as a condition of employment.

   (b) The Employer will deduct initiation fees, union dues and financial core fees from the wages of employees who voluntarily authorize the Employer to do so on a properly executed payroll deduction card provided by the Union. Such deductions shall be made from the first two paychecks of each month, twenty-four (24) times a year, or the first pay received in that month in which the employee has sufficient net earnings to cover the Union membership dues or  payments. Funds deducted with a monthly summary shall be remitted

by email to the Treasurer of the International Union, by the 15th day of the month for the preceding month.

(c) The Union will promptly furnish to the Employer a written schedule of the Union dues, initiation fees, and financial core fees. The Union also agrees to promptly notify the Employer in writing of any changes to these amounts. Union authorization cards must be submitted prior to the fifteenth (15th) of the month proceeding the date that deductions are to be made.

(d) Upon timely demand received from the Employer, the Union agrees to represent and indemnify the Employer against any loss or claim, which may arise as a result of the Employer's compliance with the Union membership or check off articles. In addition, the Union agrees to return to the Employer any erroneous or improper overpayment made to it.

## Section 2: Hold Harmless

The Union agrees to indemnify and save the Employer harmless against any claim, suits, judgments or liabilities of any sort whatsoever arising out of the Employer's compliance with the provisions of this Article.

## Section 3: Dues Payment:

The Employer will remit all dues that are authorized deductions to the Union's financial institution on the 15th or closest day prior if the 15th is on a weekend of the following month the deductions were made. The Employer shall furnish the Union with a deduction list, setting forth the name and amount of dues and initiation fees. The Union agrees to hold the Employer harmless from any action or actions growing out of these deductions commenced by an employee against the Employer and assume full responsibility for the disposition of the funds so deducted once they are paid over to the Union. Errors made by the Employer in the deduction or remittance of moneys shall not be considered by the Union as a violation of this provision, providing such errors are unintentional and corrected when brought to the Employer's attention.

The Check-off Authorization Card/Union Application to be executed by the employee to the Union shall be the official Union Authorization for Check-off Dues and has been/will be provided to the

Employer by the Union. The Employer shall accept no other form unless the parties mutually agree to the substitution.

## Article 17: Leave for Union Business

**Section 1:** An unpaid leave of absence for a period not to exceed twelve (12) months with no loss of seniority shall be granted to employees in order to accept a full-time position with the Union. To be reinstated, the employees must meet contract qualifications.

**Section 2:** A short term Union leave (without pay) may be granted to an employee to attend International Constitutional Conventions, Regional and/or State Conferences, etc. providing that no more than two (2) employees shall be granted this type of leave at the same time. The Union shall provide the Employer, in writing, two weeks in advance, the request for such leave. Leave requests may be denied, if coverage is not available without the Employer incurring overtime and/or the release will impair the Employer's contractual obligations. Such leave shall not exceed a total of five (5) days per contract year.

**Section 3:** During times of CBA negotiations the Company will grant unpaid leave to as many as five (5) employees to attend the entire negotiations.

**Section 4:** Time off requested day-of will be granted to conduct Union business, if needed, upon two (2) hours of notice to the Employer.

**Section 5:** The President of the Union or his/her designee shall have a specific day off during the week to handle all offsite Union business. The day shall be Wednesday but may be changed by the Union if a different day becomes necessary at which time the Union will notify the Company and it will go into effect on the next schedule put out by the Administration Lieutenant.

**Section 6:** The President of the Union or his/her designee will be permitted to fill Relief 3 post with a qualified bargaining unit employee.

## Article 18: Transfer, Lay-off, & Recall

**Section 1:** Whenever it is necessary to lay-off employees due to a Government shutdown or in the event the Employer's contract(s) for providing security services for the Department of Justice is terminated, not extended, or not renewed, the Employer may lay-off regular part-time and/or full-time employees, as it deems necessary, in the following manner:

(a) The Union Leadership shall have first right of refusal to allow the Union to handle any business or issues; and can, if they desire to, be laid-off first;

(b) The most senior employees have second right of refusal; and can, if they desire to, be laid-off first;

(c) Probationary employees;

(d) Part-time employees in the inverse order of their seniority;

(e) Should it be necessary to further reduce the full-time work force, employees shall be laid-off in the inverse order of their seniority;

(f) Certified Controllers who actively hold the position will be laid-off within their own seniority list for purposes of layoff only.

Whenever the employer decides a lay-off is necessary, it shall notify the Union ten (10) days in advance of any layoff whenever possible.

**Section 2:** Employees who have been laid-off will be recalled to work in the reverse order in which they were laid-off or transferred. Should an employee be transferred to another location within the Employer's other sites in lieu of lay-off by reason of a reduction in work force, said employee shall receive the rate of pay applicable to the position/location to which he/she is transferred.

**Section 3:** Laid-off employees will be recalled in accordance with this Agreement to available position within the unit up to one year, before new employees are hired. Laid-off employees may decline recalls to openings at locations other than the one from which they were laid-off, if applicable. Laid-off employees declining recalls to their "home location" will be deemed as voluntary termination of employment. Laid-off employees are not eligible for any compensation from the Employer. Recall notices shall be sent by Certified Mail to the address on file with the Employer. In the event an employee fails to respond to a recall notice within ten (10) days after

receipt, that employee shall be deemed as forfeiting the recall, as well as any others. It is the responsibility of laid-off employees to keep the Employer notified of any change in address.

# Article 19: Probationary Period

**Section 1: General Conditions**

(a) Newly hired employees shall be regarded as probationary for a period of ninety (90) days commencing on the first day of actual work on the contract.

(b) Time on leave, with or without pay, is not considered as qualifying service for the completion of the probationary period.

(c) During the probationary period an employees' work performance and general suitability for employment will be evaluated.

(d) During the 90-day probationary period employees are not allowed to bid on posts.


**Section 2: Extension of Probationary Period**

The Employer may choose to extend an employee's probationary period for cause. Such an extension shall be for a specific period of time not to exceed thirty (30) days. The Union will be notified if this extension is to occur.


**Section 3: Completion of Probation**

Upon successful completion of the probationary period, employees shall be placed on the seniority list and given a seniority date which is retroactive to the employee's most recent date of hire. The date of hire will always be the date that an employee/officer began at the DOJ without breaks in service.


**Section 4: Release during Probationary Period**

Prior to the completion of the probationary period, an employee may be released at the sole discretion of the Employer. This is not grievable.

## Article 20: Seniority

**Section 1:** Seniority shall be the length of continuous service from the employee's last date of hire as a Justice Protective Service Officer for the Employer or a predecessor federal contractor to the Employer providing said service for the Department of Justice. Seniority shall not accrue until the employee has successfully completed his probationary period. Seniority shall be applicable in determining the order of layoff and recall, vacation schedules, and post assignments that are subject to bid

**Section 2:** One seniority list shall be maintained. This list shall be maintained by the Employer and made available to the Union upon request or as stated in Article 3, Section 6 of the Agreement.

**Section 3:** Employees shall notify the Employer in writing of their proper post office address and telephone number or any change of name. The Employer shall be entitled to rely upon the last known address shown in the employee's official records.

**Section 4:** The seniority of an employee shall be terminated and employment shall cease for any of the following reasons:

   (a)  The employee is laid off for a continuous period of three hundred sixty-six (366) days;

   (b)  Does not respond after 7 days of recall notice; and/or

   (c)  Voluntarily terminates.

**Section 5:** Any bargaining unit employee who is transferred to a non-bargaining unit position (including those prior to the effective date of this Agreement) and is later returned to the bargaining unit, shall be credited with all seniority, minus time spent in the non-bargaining unit position. The affected employee(s) must return for one (1) bid cycle before being eligible to bid on an open post.

**Section 6:** Seniority is intended to be the governing method for determination of any and all advantages throughout the Agreement. Nevertheless, floaters cannot displace an employee from his or her bid post regardless of the floater's seniority.

Any Relief/Stand-by Officer, whose regularly scheduled time that day begins after the regularly scheduled time of another Relief/Stand-by Officer, cannot displace that Officer from his or her reassigned post.

**Section 7:** Previous employees, if allowed by the Company, may use seniority to determine Company benefits but shall not use it for contract seniority.

## Article 21: Post Assignment Opportunities

**Section 1:** Should a vacancy occur in a regular position covered by this Agreement; the filling of the vacancy shall be by seniority through a regular bid process. The Employer reserves the right to fill the position in an emergency situation, by seniority, using available floaters.

**Section 2:** Any employee who wishes to apply for the open position during the regular bid process shall do so in writing during the posting period. The Employer will consider all applications received and will fill the position by seniority of applicants and is subject to the approval of the Government. All regular vacant positions will be put in the regular bid process held the first week in the months of March, June, September, and December. Preference will be given according to seniority to qualified employees applying for the position. After each regular bid process, a temporary bid process will be conducted by the Union to fill vacated posts created by the regular bid process.-The Administrative Lieutenant will be provided the results.

**Section 3:** Once an employee is awarded a post, that employee will remain in said post until a full quarterly post bid cycle has passed, as prescribed in Section 2 above, before applying for another post and shall hold this post until they bid and win another post or the Government requires them to be moved.

**Section 4:** During an approved leave of absence, including military leave, FMLA, or disability an employees' post would be maintained up to a period of 52 weeks. During this period, the post would be filled on a temporary basis, based on seniority, by employees not assigned to a bid post. At the next scheduled post bid, the most senior qualified officer who bids would then be awarded the post on a temporary basis.

The Employer shall maintain an Employee's post for the duration of the time that he or she is on workers compensation.

**Section 5:** When the Client or the Employer eliminates a post, the affected officer will select an available post temporarily until the next bid occurs. If the eliminated post affects more than one officer, the temporary selection will be in seniority order.

**Section 6:**   When the Employer changes the terms of any awarded posts, such as reduction in hours, additional hours or changes to the days of rest, the affected officer has the option of maintaining the awarded post or participating in the next scheduled post bid, even if the officer bid into said post within 90-day period.

**Section 7:**   Employees who are designated as Acting Sergeants for more than 50% of any six (6) month period shall be promoted to Sergeant or returned to Protective Service Officer duties.

# Article 22: Training

**Section 1:** The Union and the Employer understand and agree that the employees will be available to attend training programs and seminars that the Employer, from time-to-time, may offer in order to improve the services offered, as well as the skills of the employees. The Employer shall pay for the training programs if mandated by the Employer. This time will be considered work hours and the employee shall be paid a minimum of two (2) hours pay. If the training should exceed two (2) hours, the employee shall be paid for all additional time consumed for the training.

**Section 2:** A training day is considered the same as a scheduled work day. Employees who are not available for scheduled training will make-up said training at the time and place identified by the Employer.

**Section 3:** Training notifications must be served to the employee ten (10) business days (not including weekends and holidays) prior to the scheduled training date, unless requirement is mandated by Client.

**Section 4:** Training dates will be scheduled typically Monday through Friday; if that is not possible, then they will not be scheduled on holiday weekends.

**Section 5:** Firearms qualification failures will include a second and third chance to qualify.  On the third try, the Union will provide a box of 50 rounds for the Company provided 2-hour block of "on range" training before qualification time (per current policy). The Union President or his/her designee shall attend.

## Article 23: Uniforms, Protective Clothing, Tools, & Equipment

**Section 1:** Uniforms and duty gear will be provided by the Employer. In addition, clothing shall include uniforms for foul and cold weather temperatures. This gear should provide protection and comfort to those officers who perform their duties outside and at all perimeter posts. The Employer shall replace uniform items including vest covers, as they become unserviceable. Furthermore, upon provision of receipts, the Employer agrees to reimburse employees for costs incurred due to alterations and repairs of issued uniform items.

**Section 2:** Employees will provide their own uniform work boots. However, the Employer has the right to reject the boots chosen by the employee if they do not meet the criteria for an acceptable boot per the terms of the Employers contract with the Government.

**Section 3:** Officers are required to report to work clean, well groomed, and with a neat appearance.

## Article 24: Personnel Records

**Section 1:** An employee, upon written request to the Employer, may review his master personnel record where located. Another individual of the employee's choice may accompany the employee. The employee will be given a reasonable amount of time to review the file in the presence of an Employer representative.

**Section 2:** An employee's personnel file may contain information pertaining, but not limited to: employment, such as the application for employment, tests, and letters or statements of reference; pay and benefits; training; conduct; education, honors and awards; duties and job classification; performance; discipline, release, and dismissal actions; attendance, and other relevant or necessary information as determined by the Employer.

**Section 3:** Copies of disciplinary action reports or similar reports, memoranda or letters shall be placed in the employee's personnel file(s). The employee's written comments, if any, regarding such documentation shall be placed in his/her personnel file(s).

**Section 4:** Disciplinary action reports or similar reports, memoranda, letters or electronic files shall be removed from any employee's file(s) (hard copy); or removed if kept on a computer (electronic) if there have been no other disciplinary actions of the same or of a similar nature for the period described in the Company Discipline Matrix or after one year, whichever time period is shorter.

**Section 5:** Items placed in an employee's personnel file(s) shall contain the date of the document's creation, and its source.

## Article 25: Obligations under Government Contracting

**Section 1:** The parties recognize that they are providing a service to the United States Government. Therefore, the terms of this agreement are subject to the directives of the Government. In the event a directive necessitates a deviation from the obligations or procedures contained in this Agreement, the parties will hereto meet and confer with regard to the affects, if any, of the deviation necessitated by the Government's directive. A copy of any written directive covered by this provision shall be provided to the Union.

**Section 2:** A copy of any notice of removal resulting at the request of the Client shall be provided to the Union President or designee, as long as the Client has given the Employer express permission to do so. In the event the Client makes such a request resulting in the employee's removal from working under the contract, the employee shall have the right to submit a written rebuttal or appeal thereto, in accordance with the Client's procedures, should such an appeal process exist.

## Article 26: Shop Stewards

Shop Stewards shall be appointed by the Union President or his/her designee. The Union President or his/her designee shall provide a list of Shop Stewards to be posted on the Union bulletin board at each location.

## Article 27: Labor Management Committee

The Parties shall continue to participate in the joint Labor Management Committee. The purpose of this committee is to improve communication, enhance services provided to the Client, and foster a mutually beneficial relationship between the parties. This committee will meet quarterly, or as needed. Each party shall appoint its own representatives.

This forum shall not be used to discuss open Step 3 grievances or arbitrations.

## Article 28: Successors & Assigns

This Agreement shall be binding upon the parties hereto, their successors, and assigns, representatives, executors, agents, and administrators, and shall apply to the locations presently existing under the Employer's contract with the Government. New or replacement facilities at which the Employer provides security services under its contract with the Client, shall be deemed additions to the existing bargaining unit, as long as the scope of work is similar to that which is currently provided.

## Article 29: General Provisions

**Section 1**: Neither Union officials nor Union members shall, during working time (excluding lunch/break periods), solicit membership, receive applications, hold meetings of any kind for the transaction of Union business, or conduct any Union activity other than the handling of grievances to the extent such work time activity is specifically allowed by the Employer.

**Section 2:** The Employer shall reimburse employees for all required and approved travel expenses as required by and reimbursable under the Employer's contract with the Government and the Employer's policies.

**Section 3:** Work schedules will be posted a minimum of ten (10) business days in advance. However, it is understood that the Employer, from time to time, has to make changes less than ten (10) business days in order to meet operational requirements. Employees will be notified when there is a last-minute change. No employee will be disciplined if not properly notified.

**Section 4**: Each officer is responsible for having a correct address and telephone number on file with the Employer. All written notices shall be deemed to be properly filed if sent to the officer's last address on file.

**Section 5:** Whenever possible a bulletin board will be provided which may be used by the Union for posting notices that are approved by the President of the Local Union or the Chief Steward of the Local Committee and restricted to:

(a) Notices of union recreational and social affairs;

(b) Notices of union elections and nomination sheets for union officer elections;

(c) Notices of union appointments and results of union elections;

(d) Notices of union meetings;

(e) Notices concerning bona fide union activities such as: Cooperatives, Credit Unions, Unemployment Compensation Information; and

(f) Other notices concerning Union affairs that are not political or controversial in nature or adverse to the Employer.

**Section 6:** Regardless of daylight savings time, officers shall be paid for actual hours worked.

## Article 30: Partial Invalidity

If any provision of this Agreement or any application of this Agreement to any employee or group of employees shall be determined to be contrary to law, then such provision or application shall not be deemed valid and subsisting except to the extent permitted by law, but all other provisions or applications shall continue in full force and effect.

## Article 31: Entire Agreement & Amendments

**Section 1:** The parties acknowledge that during the negotiations which resulted in this Agreement each had the unlimited right and opportunity to make demands and proposals with respect to any subject matter not removed by law from the area of collective bargaining, and that all of the understandings and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this Agreement. Therefore, the Employer and the Union for the life of this Agreement each voluntarily and without qualification waive the right, and each agrees that the other shall not be obligated to bargain collectively with respect to any subjects or matters referred to or covered in this Agreement.

**Section 2:** This Agreement constitutes the full and complete agreement between the Employer and the Union, it being understood that nothing shall be implied as being binding on the parties hereto except to the extent expressly set forth in this Agreement.

**Section 3:** This Agreement can only be modified or be re-negotiated by the express written and signed agreement of both parties, to address only specific article(s) of concern. The concern(s) will be included in the signed agreement.

## Article 32: Duration of Agreement

**Section 1:** This Agreement shall remain in full force and effect from December 1, 2019 to September 30, 2020. The Agreement may be modified or terminated only by the mutual consent of both parties. Should either party desire to terminate, change, or amend this Agreement or any provision thereof, it shall give written notice to the other party of not less than sixty (60) days and not more than one-hundred and eighty (180) days prior to its expiration. In the event such notice is given, the existing Agreement may be continued by mutual consent of both parties until a new Agreement is reached. The failure of either side to give timely notice pursuant to this Article shall result in the automatic extension of this Agreement from year-to-year thereafter or unless changed, terminated, or amended by mutual agreement of both parties.

**Section 2**: If the Government cancels the contract in whole or part with the Employer, the Union and the Employer will agree to meet and discuss the impact on unit employees.

**Section 3:** This Agreement supersedes any and all prior agreements, except for settled grievances and Memorandums of Understanding entered into between the Parties and not rescinded.

## Signature Page

IN WITNESS WHEREOF, the parties have caused their representatives to sign this Agreement as the full acknowledgement of their intention to be bound by this agreement.

**FOR THE EMPLOYER:**

_____
Michael W. Goodwin
Director, Labor Relations

12/4/2019
_____
Date

_____
Barry Gunn
Project Manager

12/3/19
_____
Date

**FOR THE UNION:**

_____
Don A. Bennett
President

30 Nov 2019
_____
Date

_____
Scott Mitchell
Secretary

30 Nov. 2019
_____
Date

_____
Randolph Copes, Jr.
Director

30 NOV 2019
_____
Date

_____
Glenn Kline
Member

30 Nov 2019
_____
Date

Kelvin Combs
Member

NOV. 30, 2019
Date

## Appendix "A" Wages

**Section 1**: The Employer agrees to pay employees covered by this Agreement the following rates per hour, beginning with the first pay period after the effective date. Employees will be made whole back to the effective date of any increases:

| Classification | Current | January 1, 2020 |
|---|---|---|
| PSO | $33.00 | $34.00 |
| Probationary Employee* | $26.40 | $27.20 |

\* Probationary employees will receive 80% of the regular base wage while on probation.

**Section 2:** A $0.50 shift differential will be paid not to exceed 12 hours per workday for personnel working the "Night" shift.

**Section 3:** A $ 0.50 shift premium will be paid per hour for those employees who were scheduled to, or work at Main Justice Building during regular business hours (excluding evenings, weekends, holidays, or when building is closed to the public).

**Section 4:** Certified Controllers who work in the Control Post shall have a $0.50 shift premium per hour for all hours worked in the Control room.